IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-4058-01-CR-C-SOW |
| ) | |
| JORDAN R. PICKERAL, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is Magistrate Judge William A. Knox's Report and Recommendation Concerning Plea of Guilty (Doc. #14). Defendant Jordan R. Pickeral appeared before Magistrate Judge Knox on April 10, 2008 and entered a plea of guilty to Counts One and Two of the indictment filed on December 14, 2007. Based upon the Report and Recommendation, it is hereby

ORDERED that defendant Pickeral's plea of guilty is accepted and defendant Pickeral is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Pickeral.

            ___/s/ Scott O. Wright_____
            SCOTT O. WRIGHT
            Senior United States District Judge

Dated: ___4/14/2008_____